

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed July 8, 2015**

_____
United States Bankruptcy Judge
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| ALBERT O. SHIELDS, SR., | § | CASE NO. 14-44789-DML-13 |
|     Debtor | § | CHAPTER 13 |
| | § | |
| GREEN TREE SERVICING LLC, its | § | |
| successors and/or assigns, | § | |
|     Movant | § | HEARING DATE AND TIME: |
| | § | JUNE 25, 2015 AT 9:30 A.M. |
| vs. | § | |
| | § | |
| ALBERT O. SHIELDS, SR., Debtor and | § | |
| TIM TRUMAN, Trustee, | § | |
|     Respondents | § | |

**ORDER GRANTING MOTION FOR RELIEF FROM CODEBTOR STAY
OF ACT AGAINST PROPERTY**
(Property Address: 5451 N. Highway 144, Granbury, Texas 76048)
This Order Resolves PACER Docket Number 33

The Court has considered the *Motion for Relief from CoDebtor Stay of Act Against Property* filed in this bankruptcy proceeding by **Green Tree Servicing LLC, its successors and/or assigns** ("Movant"), and has noted that no objections to same have been filed by the CoDebtor and that all required notices of said Motion have been properly served.

**IT IS, THEREFORE, ORDERED** that the codebtor stay is hereby terminated as to the CoDebtor with respect to Movant, its successors, transferees, and/or assigns to take any all steps necessary to exercise any and all statutory and contractual rights it may have in the property located at 5451 N. Highway 144, Granbury, Texas 76048 (the "Property"), and more fully described as follows:

> BEING THAT CERTAIN LOT, TRACT OR PARCEL OF LAND SITUATED IN SOMERVELL COUNTY, TEXAS, AND BEING MORE PARTICULARLY DESCRIBED BY METES AND BOUNDS ON EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF FOR ALL PURPOSES.

**IT IS FURTHER ORDERED** that Movant may exercise its remedies available under state law, including foreclosure of its mortgage against the CoDebtor's interest in the Property.

###END OF ORDER###

This order was prepared and submitted by:

By: /s/ David Aaron DeSoto
June A. Mann / TBA No. 12928400
David Aaron DeSoto / TBA No. 00790585
Of Counsel, Johnson & Silver, LLP
5555 West Loop South, Suite 240
Bellaire, Texas 77401
(713) 893-8960
(281) 500-6995 (Facsimile)
ATTORNEYS FOR CREDITOR

*Exhibit A*

Thence South 81deg. 38min. 40sec. West, along the northerly line of said Lot 67, for a distance of 166.91 feet to a point for corner being the common northerly corner of Lot 67 and Lot 64 of said Addition, from which a found concrete monument with a brass cap bears South 81deg. 59min. 10sec. West, 0.30 feet;

Thence North 23deg. 36min. 01 sec. West, along the easterly line of said Lot 64 for a distance of 55.48 feet to a found 1/2" iron at the common easterly corner of Lot 64 and Lot 63 of said Addition;

Thence North 23deg. 29min. 57sec. West, along the easterly line of Lot 63, for a distance of 346.84 feet to a found 1/2"iron at the common easterly corner of Lot 63 and Lot 62;

Thence North 24deg. 16min. 28sec. West, along the easterly line of Lot 62, for a distance of 257.70 feet to found 1/2"iron at the common easterly corner of Lot 62 and Lot 61;

Thence North 23deg. 45min. 41sec. West, along the easterly line of Lot 61, for a distance of 522.88 feet to a found 1/2" iron at the common corner of Lot 61 and Lot 60;

Thence North 23deg. 28min. 22sec. West, along the easterly line of Lot 60, for a distance of 366.33 feet to a point for corner in the southerly line of said Heppler tract, from which a found concrete monument with a brass cap bears South 57deg. 19min. 25sec. West, 0.30 feet;

Thence North 57deg. 19min. 25sec East, along the common line of said Heppler and McConal tracts, for a distance of 515.23 feet to The Place of Beginning and containing 23.66 acres of land.